

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 10 AM 10: 21

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HARRIS COLLINS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-2292** |
| **BURL CAIN** | **SECTION "B"(4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Harris Collins's petition for issuance of a Writ of Habeas Corpus filed pursuant to Title 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this _10th_ day of _Feb_, 2006.

_____
UNITED STATES DISTRICT JUDGE

____ Fee _____
____ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
____ Doc. No _____