**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HARRIS COLLINS** | **CIVIL ACTION** |
| **VERSUS** | **NO.  04-2292** |
| **BURL CAIN** | **SECTION "B"(4)** |

<u>**O R D E R**</u>

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Harris Collins's petition for issuance of a Writ of Habeas Corpus filed pursuant to Title 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE.**.

New Orleans, Louisiana, this 30th day of May, 2007.

_____
**UNITED STATES DISTRICT JUDGE**